UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

In re:

CHRISTOPHER THOMAS EVERETT
SSN/ITIN xxx-xx-0835

and

MICHELLE LEANNE EVERETT
fdba Large Car Service
SSN/ITIN xxx-xx-6470

Debtors.

Bankr. No. 09-40532
Chapter 7

ORDER DIRECTING TURNOVER

Upon consideration of Trustee Lee Ann Pierce's Motion for Turnover (doc. 26) and the record before the Court; and it appearing no objection to the motion was timely filed after appropriate notice; and for cause shown, now, therefore,

IT IS HEREBY ORDERED Trustee Pierce's motion is granted, and any rights Debtors have in future annuity payments from the structured settlement annuity issued by MetLife Insurance Company of CT of 2025 Leestown Road, Suite J, Lexington, Kentucky 40511, contract number 3311NW55450, are turned over to Trustee Pierce to administer as an asset of this bankruptcy estate.

So ordered: April 11, 2011.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

On the above date, a copy of this document was mailed or faxed to the parties shown on the attached service list.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

Christopher Thomas Everett
P.O. Box 15
Tripp, SD 57376

Michelle Leanne Everett
P.O. Box 15
Tripp, SD 57376

MetLife Insurance Company of CT
2025 Leestown Road, Suite J
Lexington, KY 40511