UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr No. 09-40532 |
| | ) | Chapter 7 |
| CHRISTOPHER THOMAS EVERETT | ) | |
| SSN/ITIN xxx-xx-0835 | ) | |
| | ) | |
| and | ) | ORDER PRESERVING |
| | ) | UNADMINISTERED ASSET |
| MICHELLE LEANNE EVERETT | ) | |
| fdba Large Car Service | ) | |
| SSN/ITIN xxx-xx-6470 | ) | |
| | ) | |
| Debtors. | ) | |

Upon consideration of Trustee Lee Ann Pierce's Motion to Preserve Unadministered Asset (doc. 39) and the record before the Court; and it appearing no objection to the motion was filed after appropriate notice, and for cause shown,

IT IS HEREBY ORDERED Trustee's Pierce's motion is granted, and the estate's interest in the annuity payments described in the motion shall not be abandoned to Debtors under 11 U.S.C. § 554(c) and shall remain property of the estate under 11 U.S.C. § 554(d) when the case is closed.

So ordered:  April 3, 2012.

BY THE COURT:

*[signature]*

Charles L. Nail, Jr.
Bankruptcy Judge

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered
on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota