UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr No.: 09-40532 |
| | ) | Chapter 7 |
| CHRISTOPHER THOMAS | ) | |
| EVERETT | ) | |
| SSN/ITIN xxx-xx-0835 | ) | |
| | ) | CHAPTER 7 TRUSTEE'S |
| and | ) | REPORT OF NO DISTRIBUTION |
| | ) | |
| MICHELLE LEANNE EVERETT | ) | |
| dba Large Car Service | ) | |
| SSN/ITIN xxx-xx-6470 | ) | |
| | ) | |
| Debtors. | ) | |

    I, Lee Ann Pierce, having been appointed trustee of the estate of the above-named debtors, report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtors and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law, with the exception of a possible asset regarding an annuity with MetLife Insurance Company.

    Pursuant to Fed R Bank P 5009, I hereby certify that the above-captioned estate has been fully administered, except for administration of the above-described asset.

    Pursuant to Court order entered on April 3, 2012 (doc 40), the claim in the annuity with MetLife Insurance Company shall remain property of the bankruptcy estate upon the entry of a final decree: if money becomes available to creditors from this asset, the case will be re-opened and a trustee will be appointed to administer the asset.

    Dated this 10th day of April 2012, at Brookings, South Dakota.

    LEE ANN PIERCE
    FITE, PIERCE & RONNING LAW OFFICE
    /s/ Lee Ann Pierce
    Chapter 7 Bankruptcy Trustee
    316 Fourth Street, P.O. Box 524
    Brookings, SD 57006-0524
    Phone:  605/692-9415/Fax:  605/692-1433